```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

**RONALD G. LINDSEY, SR.**                                                   **PLAINTIFF**

    **v.**              **Case No.: 13-6031**

**WARDEN REED; MAJOR MCHANN;**
**LT. DYCUS; and PRATT**                                                     **DEFENDANTS**

<u>O R D E R</u>

On this 5th day of February 2014, there comes on for consideration the report and recommendation filed in this case on December 30, 2013 (doc. 26), by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. Also before the Court are Plaintiff's objections (doc. 27).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Motion to Dismiss filed by Separate Defendant Pratt (doc. 16) is DENIED.

IT IS SO ORDERED.

                                                  /s/ Robert T. Dawson
                                                Honorable Robert T. Dawson
                                                United States District Judge