IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RONALD G. LINDSEY, SR.                                                                    PLAINTIFF

v.                                             Civil No. 6:13-cv-06031

WARDEN REED, MAJOR McHANN,
LT. DYCUS; and CORIZON MEDICAL
UNIT DIRECTOR PRATT                                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 22, 2016, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 45. Judge Ford recommends that Defendants' Motions for Summary Judgment (ECF Nos. 34, 38) be granted and that Plaintiff's complaint be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motions for Summary Judgment (ECF Nos. 34, 38) are GRANTED, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] On July 14, 2016, the Court granted the Plaintiff's Motion for Extension of Time to File Objections to the Report and Recommendation. ECF 47. The Plaintiff had until August 12, 2016 to file his objections.